UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-02850-MRA-MBK                                       Date: September 9, 2025

Title   Kareem J. Howell v. J. Sievers, et al

---

Present: The Honorable: **Mónica Ramírez Almadani, United States District Judge**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):   Order to Show Cause Re:  Failure to Pay Initial Partial Filing Fee**

   On March 31, 2025, Plaintiff, a state prisoner, filed a Civil Rights Complaint and a Request to Proceed In Forma Pauperis ("IFP request").  (ECF Nos. 1-2.)

   On June 16, 2025, the Court granted the IFP request and ordered Plaintiff to pay an initial fee of $6.60.  (ECF No. 8.)  The Court warned Plaintiff that the case could be dismissed if that amount was not received within 30 days.  (*Id.*)

   As of this date, more than 30 days later, Plaintiff has not paid the initial fee of $6.60.

   Plaintiff is ordered to show cause in writing why this action should not be dismissed without prejudice for his failure to pay the initial partial filing fee.

   Plaintiff must file a response to this Order to Show Cause no later than **thirty (30)** days from the date of this order.  If Plaintiff intends to allege that he cannot afford to pay the initial fee, he must file, as support, a current prison account statement showing his current available balance and showing that this action was recorded as a lien.  If Plaintiff's initial partial filing fee is received within the thirty (30) day period, no further response to this Order to Show Cause is necessary.

   If Plaintiff fails to respond within the required time, or if his response is not supported by a current account statement, this action will be dismissed without prejudice.

   **It is so ordered.**

|  | : |
|---|---|
| **Initials of Deputy Clerk** | mku |