UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-02850-MRA-MBK | Date | May 11, 2026 |
|---|---|---|---|
| Title | *Kareem J. Howell v. J.Sievers et al.* | | |

| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO PAY INITIAL FILING FEE**

On March 31, 2025, Plaintiff, a state prisoner, filed a Civil Rights Complaint (ECF 1) and a Request to Proceed In Forma Pauperis (ECF 2), which was granted by the Court on June 16, 2025 (ECF 8).   In its Order, the Court ordered Plaintiff to pay the initial fee of $6.60, and warned Plaintiff that the case could be dismissed if the amount was not received within 30 days.   ECF 8.

On September 9, 2025, the Court ordered Plaintiff to show cause as to why this action should not be dismissed on that basis.   ECF 11.   In response, Plaintiff filed a motion for a 60-day extension to pay the initial fee and a motion to waive the initial fee on September 29, 2025, asserting that he could not afford to pay it at the time.   ECF 12, 13.

On December 1, 2025, the Court granted Plaintiff's motion for extension in part.   ECF 14. The Court ordered Plaintiff to either (1) pay the $6.60 filing fee or (2) file an account statement showing his current balance and showing this action recorded as a lien within 30 days of the Order. *Id.*   Plaintiff's request that the Court waive the $6.60 fee was declined without prejudice.   *Id.*

As of this date, more than 30 days later, Plaintiff has not complied with the Order or otherwise communicated with the Court.

Plaintiff is therefore **ORDERED** to **SHOW CAUSE** as to why this action should not be dismissed without prejudice.   Plaintiff must file a response to this Order no later than **thirty (30)** days from the date of this order.

If Plaintiff's initial partial filing fee is received within the thirty (30) day period, no further response to this Order to Show Cause is necessary.   If Plaintiff fails to respond within the required time, or if his response is not supported by a current account statement, this action will be dismissed without prejudice.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-02850-MRA-MBK | Date | May 11, 2026 |
|---|---|---|---|
| Title | *Kareem J. Howell v. J.Sievers et al.* | | |

**IT IS SO ORDERED.**

___ : ___

Initials of Deputy Clerk     mku